# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

_____ Division

| | |
|---|---|
| Edward Theodore Riley Jr and<br>TRX DYNASTY EXPRESS TRUST<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>LARRY STAUFFER, JW499 RANCHES, LLC, Pin Oak Realty Holdings, Inc, GUARANTY BANK & TRUST, N.A, KIRK LEE, Lee F. Christie, Aimee Marcotte, Jason Charbonnet, Mary Louise Nicholson<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. **4-24CV-413-P**<br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT TO REQUIRE PERFORMANCE
## OF A CONTRACT TO CONVEY REAL PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Edward Theodore Riley Jr on behalf of TRX Dynasty Express Trust |
   | Street Address | 11720 Amber Park Drive |
   | City and County | Alpharetta, |
   | State and Zip Code | Georgia |
   | Telephone Number | 702-266-6358 |
   | E-mail Address | |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | LARRY STAUFFER |
| Job or Title *(if known)* | JW499 RANCHES, LLC |
| Street Address | 108 Wild Basin Road Suite 250 |
| City and County | Austin, Travis |
| State and Zip Code | Texas, 78746-3468 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Pin Oak Realty Holdings, Inc |
| Job or Title *(if known)* | |
| Street Address | 500 W. 7th St., Suite 600 |
| City and County | Ft. Worth, Tarrant |
| State and Zip Code | Texas, 76102 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Lee F. Christie |
| Job or Title *(if known)* | |
| Street Address | 500 W. 7th St., Suite 600 |
| City and County | Ft. Worth, Tarrant |
| State and Zip Code | Texas, 76102 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | KIRK LEE |
| Job or Title *(if known)* | Trustee for the benefit GUARANTY BANK & TRUST, N.A-Lender |
| Street Address | I 00 West Arkansas |
| City and County | Mount Pleasant, |
| State and Zip Code | Texas, 75455 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* **Edward Theodore Riley Jr**, is a citizen of the State of *(name)* **Georgia**.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* **TRX DYNASTY EXPRESS TRUST**, is incorporated under the laws of the State of *(name)* **GEORGIA**, and has its principal place of business in the State of *(name)* **GEORGIA**.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* **Larry Stauffer, Trustee**, is a citizen of the State of *(name)* **TEXAS**. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* **JW499 Ranches, LLC**, is incorporated under the laws of the State of *(name)* **TEXAS**, and has its principal place of business in the State of *(name)* **TEXAS**. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$250,000.00 payment for house PLUS $18,000 + to pay first 13 months of Mortgage

III. **Statement of Claim**

A. Describe the real property owned by the defendant(s) that is the subject of this complaint. Include the address or location of the property.
Lot 41, Block 2, MONTSERRAT, an Addition to City of Fort Worth,
Tarrant County, Texas, according to the plat recorded in Cabinet A, Slide 11550, Plat Records, Tarrant County, Texas

AKA: 4700 Palencia Dr, Ft Worth, TX 76126

B. Describe the terms of the contract you entered into with the defendant(s) to purchase the real property at issue. Attach the contract as an exhibit.

1. When did you enter into the contract with the defendant(s)?
06/03/2023

2. What is the purchase price you agreed to pay?
$1,124,946.00

3. Describe your obligations under the contract. Include any terms regarding required deposits.
• TRX Dynasty Express Trust shall pay a down payment of $100,000 to JW499 Ranches, LLC. * (Payments) to be 282 Monthly beginning 7/3/2023 of $6.153.63 APR 3.990% *agrees to sign a Release of Lien and Satisfaction of Deed of Trust for Loan# 60320232, in the amount of $257,054.00, and corresponding Deed of Trust Reconveyance *agrees to pay an additional $100,000 to JW499 Ranches, LLC and/or Larry Stauffer, in exchange for a Release of Lien and Satisfaction of Deed of Trust for Loan# 60320232

4. Describe the defendant(s)' obligations under the contract, including the obligation to convey the real property at issue.
• JW499 Ranches, LLC and Larry Stauffer shall sell and TRX Dynasty Express Trust shall buy 4700 Palencia Dr, Ft Worth, TX 76126 for a sale and purchase price of $1,482,000. / • agree to carry back a note ("note"), as a wraparound mortgage, in the amount of $1,124,946, for financing the purchase of 4700 Palencia Dr, Ft Worth, TX 76126 by TRX Dynasty Express Trust *agree to carry back a balloon note, in the amount of $257,054, for financing the purchase of 4700 Palencia Dr, Ft Worth, TX 76126 by TRX Dynasty Express Trust

C. Describe when and how you complied with, or attempted to comply with, all of your obligations under the contract, including payment of the purchase price. If you have not complied with all of your obligations under the contract, explain how you are ready and able to comply with those obligations.

I have satisfied ALL REQUIREMENTS in the Agreement. Defs are not complying with their own agreement, ie, Def Larry Stauffer, Trustee, sold house to Plaintiff with an ongoing foreclosure and failed to inform Plaintiff until after sale. Plaintiff tendered $250,000.00 toward agreement and over $18,000 for 13 months mortgage payments.

D. Describe when and how you requested that the defendant(s) convey the real property at issue and when and how the defendant(s) refused to do so. Attach copies of any correspondence with the defendant(s).

Def Larry Stauffer, failed to make timely payments to satisfy mortgage requirements to remove from Foreclosure Status. On April 8, 2024, Plaintiff received a letter, from attorneys from POPE, HARDWICKE CHRISTIE' SCHELL, KELLY & TAPLETT l L.L.P., which states, in part, "Pin Oak purchased this property at a foreclosure sale held on April 2, 2024, and as reflected by the Deed, is the current owner of the property. No lease agreement currently exists between yourself as Tenant and Pin Oak as Lessor, and you therefore occupy the status of a tenant at will or by sufferance.

## IV. Relief

What is your requested form of relief? *(check all that apply)*

☑ Specific performance of the contract. *(Explain why specific performance is the only adequate remedy and why damages would not suffice.)*

Plaintiff request that Defendant, who is also a party in the foreclosure, to abort the foreclosure process, refund Plaintiff's payments, court to consider damages and / or Punitive Damages at court discretion. Court allow Plaintiff to file SANCTIONS against each party under rule 11 FRCP, Request this court to "STAY THE FORECLOSURE PROCEEDING IN STATE COURT, Plaintiff would also request to File a Motion to Disqualify Attorneys for Misrepresentation and a Motion to Dismiss their foreclosure action, being Debt Collectors, who have purchased a Loan and is committing Fraud on the Court using the Judicial System, Mail Fraud and violation of Plaintiff's Copyrighted and Trademark Name under Common Law

☑ Damages sustained as a result of the defendant(s)' refusal to comply with the contract. *(Describe the damages you are requesting.)*

Plaintiff is facing a Foreclosure as Sheriff has appeared at the residence to serve eviction papers, whereas, Plaintiff believes that he is the owner of the Property purchased by the Plaintiff's Trust, located in Atlanta Georgia. The shame and embarrassment cause by the Defendants is irreparable, as Plaintiff is a Celebrity Grammy Award Winning Artist and Music Producer Edward "Teddy" Riley, who has worked with talents like, Michael Jackson, Guy, Blackstreet, Mariah Carey for example. Defendant failed to make 13 monthly mortgage payments to satisfy the sell of the property and to remove it from Foreclosure Status. Plaintiff tendered $250,000.00 plus $18,000 plus in advance and all of the required documents were signed and agreed to by each party. Basis of Unjust Enrichment

☑ If specific performance cannot be granted, damages in the amount of $ __5,000,000.00__ .

*(Describe the damages you are requesting.)*

Defendants seduced Plaintiff into the purchase of property that was in foreclosure status, hid that fact with the intent to mislead Plaintiff into an "Unconscious Contract" without Full Disclosure, No Opportunity to Cure for the purpose of Unjust Enrichment, Fraud on the Court, Misrepresentation as a "Licensed Attorneys" as a Debt Collector on behalf of the Original Creditor.

☑ Other relief.

$5,000,000 in damages for illegal use of Plaintiff's Copyrighted and Trademark name under Common Law, Mail Fraud, Fraudulent inducement in a void non-tenable contract, Plaintiff, Teddy Riley, is an Injured Party, as a result of this agreement tendered in Fraud. Court to grant any other relief or monetary damages within the Court's Discretion.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/03/2024

Signature of Plaintiff     /s/ Edward Theodore Riley Jr
Printed Name of Plaintiff  Edward Theodore Riley Jr

### B. For Attorneys

Date of signing: _____

Page 6 of 7

State of TX  County of Tarrant
The foregoing instrument was acknowledged before me this 3rd day of May, 2024
by Edward Theodore Riley Jr
_____ Notary Public
My Commission Expires 10-23-2024



CHIQUITA MONIQUE WILLIAMS
MY COMMISSION EXPIRES
10-23-2024
NOTARY ID: 132744137

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Print   Save As...   Add Attachment   Reset

COMPLAINT TO REQUIRE PERFORMANCE
OF A CONTRACT TO CONVEY REAL PROPERTY
(28 U.S.C. § 1332; Diversity of Citizenship)

Edward Theodore Riley Jr. / Plaintiff

## Defendants continued

Aimee Marcotte
500 WEST 7th STREET, SUITE 600
FORT WORTH, TEXAS 76102
(817) 332-3245
FAX (817) 877-4781

    Lee F Christie
    500 WEST 7th STREET, SUITE 600
    FORT WORTH, TEXAS 76102
    (817) 332-3245
    FAX (817) 877-4781

Jason Charbonnet

Southwest Subcourthouse
6551 Granbury Road
Fort Worth, Texas 76133

Mary Louise Nicholson

Southwest Subcourthouse
6551 Granbury Road
Fort Worth, Texas 76133